1142

No. 98–999. NGO v. RENO HILTON RESORT CORP., DBA RENO HILTON, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 98–9395. COX v. UNITED STATES. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 46.

No. 98–126. BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS v. DOE, A MINOR, ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Davis v. Monroe County Bd. of Ed., ante, p. 629.

No. 98–980. JEAN v. COLLINS, CHIEF OF DETECTIVES, CITY OF JACKSONVILLE, ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Wilson v. Layne, ante, p. 603.

No. 98–1361. RICHARDSON v. RENO, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Reno v. American-Arab Anti-Discrimination Comm., 525 U. S. 471 (1999).

No. 98–1381. AMERITECH CORP. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of AT&T Corp. v. Iowa Utilities Bd., 525 U. S. 366 (1999).

No. 98–5286. MOORE v. PAYLESS SHOE SOURCE, INC. C. A. 8th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Cleveland v. Policy Management Systems Corp., ante, p. 795.